AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gibson, Kim R | 2. Court or Organization<br><br>U.S. District Court, PA | 3. Date of Report<br><br>03/8/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>104 Penn Traffic Building<br>319 Washington Street<br>Johnstown, PA 15901 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-chairman | Flight 93 Memorial Task Force |
| 2. President | Music Education Advocate Coalition (Somerset Area School District) |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAR 12 A 11: 11
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978 | Somerset County Employees Retirement Plan - pension received each month beginning in 2001. |
| 2. 1998 | Pennsylvania State Employees Retirement Plan - pension received each month beginning in 2003; also medical insurance is provided under the plan. |
| 3. 1996 | United States Army Reserves Retirement - pension to be received upon reaching 60 years of age. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Somerset County Employees Retirement Plan (county pension). | $ $11,394.36 |
| 2. 2006 | Pennsylvania State Employees Retirement Plan (state pension). | $ $17,170.08 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Allegheny County Academy of Trial Lawyers | October 5-7, 2006, Farmington, PA (Annual Academy Meeting - Room, Meals) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 03/8/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank | Line of Unsecured Credit | J |
| 2. | USAA | Line of Unsecured Credit | K |
| 3. | Citi Bank | Line of Unsecured Credit | K |
| 4. | Chase Bank | Line of Unsecured Credit | L |
| 5. | Star Bank | Line of Unsecured Credit | J |
| 6. | BMW Bank | Line of Unsecured Credit | J |
| 7. | Sears | Line of Unsecured Credit | J |
| 8. | Bank of America | Line of Unsecured Credit | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 03/8/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank - Accounts | A | | J | T | | | | | - |
| 2. Somerset Trust Company | - | - | - | - | | | | | Assets now set forth in 21-31 below |
| 3. Nationwide Retirement Solutions | - | - | - | - | | | | | Assets now set forth in 13-17 below |
| 4. USAA Aggressive Growth Fund | A | int./div. | J | T | | | | | - |
| 5. USAA Emerging Market Fund | A | int./div. | J | T | | | | | - |
| 6. USAA International Fund | A | int./div. | K | T | | | | | - |
| 7. USAA Science & Technology Fund | A | int./div. | J | T | | | | | - |
| 8. USAA First Start Fund | A | int/div. | J | T | | | | | - |
| 9. USAA Income Fund | A | int. | K | T | | | | | - |
| 10. USAA Intermediate - Term Bond Fund | A | int. | K | T | | | | | - |
| 11. USAA S&P 500 Index Fund | A | int./div. | J | T | | | | | - |
| 12. USAA Small Cap Stock Fund | A | int./div. | J | T | | | | | - |
| 13. Fidelity Equity Income Fund | A | int./div. | | | Full Dist | 1/19 | J | | - |
| 14. Nationwide Fixed Account | A | int./div. | | | Full Dist | 1/19 | J | | - |
| 15. Fidelity Magellan Fund, redesignated Fidelity Contrafund | A | int./div. | | | Full Dist | 1/19 | J | | - |
| 16. American Century Ultra Fund | A | Int./Div. | | | Full Dist | 1/19 | J | | - |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 03/8/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. Templeton Foreign Fund, Class A | A | int./div. | | | Full Dist | 1/19 | J | | - |
| 18. Nationwide Life Insurance - Universal Life | A | int./div. | J | T | | | | | - |
| 19. AAFMAA Life Insurance - Whole Life | A | int./div. | K | T | | | | | - |
| 20. Prudential Life Insurance - Whole Life | A | int./div. | J | T | | | | | - |
| 21. Real Estate - Residential Lot - Somerset, PA | - | None | K | R | | | | | - |
| 22. Federated GNMA Trust #16 | A | div. | J | T | | | | | - |
| 23. Federated Stock Trust #19 | A | div. | J | T | | | | | - |
| 24. Federated Growth Fund #48 | - | None | J | T | | | | | - |
| 25. Federated Kaufman Class A Fund #66 | - | None | J | T | | | | | - |
| 26. Federated Equity FDS Comm Tech Cl. A #965 | - | None | J | T | | | | | - |
| 27. Fed. Int. Capital Appreciation Fund #863 | - | None | J | T | | | | | - |
| 28. Prime Obligations Fund Principal #10 | A | int. | J | T | | | | | - |
| 29. Federated Large Cap Growth Fund #322 | - | None | J | T | | | | | - |
| 30. Transamerica Fincl. Corp. Debs Zero Cpn due 9/1/07 | - | None | J | T | | | | | - |
| 31. Somerset Trust Company - Accounts | A | int. | J | T | | | | | - |
| 32. Estate #1 | - | - | - | - | | | | | See Note 1 in Part VIII |
| 33. Somerset Trust Company - Account | | None | J | T | partial dist | 2-6 | J | - | See Note 1 in Part |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 03/8/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)   Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | | | | | VIII |
| 34. USAA Money Market | A | Int./Div. | J | T | Buy | 2-6 | J | | |
| 35. USAA Growth Fund | A | Int./Div. | J | T | Buy | 2-6 | J | | |
| 36. USAA Value Fund | A | Int./Div. | J | T | Buy | 2-6 | J | | |
| 37. USAA Income Stock Fund | A | Int./Div. | J | T | Buy | 2-6 | J | | |
| 38. USAA Short Term Bond Fund | A | Int./Div. | J | T | Buy | 2-6 | J | | |
| 39. USAA High Yield Opportunities Fund | A | Int./Div. | K | T | Buy | 2-6 | K | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 03/8/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 03/8/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 2, line 32.  The assets of this estate were almost entirely distributed during 2004-2006 to the three heirs of the estate - amount remaining in account in 2006 was less than $200.00 and was not in an interest account.

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R | 03/8/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  March 8, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544